USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/27/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

DANTE THATCHER,

          Petitioner,

-against-

JAMIE LAMANNA, Superintendent,
Shawangunk Correctional Facility,

          Respondent,

-------------------------------------------------------------x

1:17-cv-04540 (ALC) (KHP)

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Dante Thatcher filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has moved to dismiss the petition as time-barred. On October 27, 2017, this matter was referred to Magistrate Judge Katharine H. Parker. Judge Parker issued a Report and Recommendation ("R&R") on January 11, 2018, recommending that the motion be granted, the petition be dismissed in its entirety, and that Petitioner's motion for a stay be denied as moot.

Despite notification of the right to object to the R&R, no objections were filed. Where no timely objections are made, the Court may adopt the R&R as long as there is no clear error on the face of the record. *Sacks v. Gandhi Eng'g, Inc.*, 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014) (citing *Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003)). Because there are no objections filed to the R&R and the Court finds no clear error in the record, the Court adopts Magistrate Judge Parker's Report and Recommendation in its entirety.

The petition is hereby DISMISSED with prejudice. All pending motions are denied as moot. The Clerk of Court is respectfully directed to close this case.

**COPIES MAILED**

**SO ORDERED.**

Dated: March 27, 2018
      New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**